[No. 6581–1.   Division One.   April 30, 1979.]

ALONZO MARQUEZ, *Appellant,* v. THE UNIVERSITY
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 825250, Gerard M. Shellan, J., entered April
17, 1978. *Reversed* by unpublished opinion per James, J.,
concurred in by Swanson, A.C.J., and Ringold, J.

[No. 6596–1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
GUY DELMARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84502, Barbara J. Rothstein, J., entered May
17, 1978. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by Farris and Ringold, JJ.

[No. 6761–1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN P.
SPENCE, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9714, Jack S. Kurtz, J., entered
March 21, 1979. *Affirmed* by unpublished opinion per
Farris, J., concurred in by Swanson, A.C.J., and Andersen,
J.

[No. 6878–1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Appellant,* v. TONY
FRANULOVICH, *Respondent.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 1084, Richard L. Pitt, J., entered August
23, 1978. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by James and Dore, JJ.